

**ORDERED in the Southern District of Florida on June 27, 2017.**

_____
A. Jay Cristol, Judge
United States Bankruptcy Court

_____

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
www.flsb.uscourts.gov

In re:

**ROBERTO MARTINEZ,**    Case No.: 13-bk-17969-AJC
                         Chapter 7

    Debtor.
_____/

### ORDER (i) DENYING DEBTOR'S MOTION TO REOPEN CHAPTER 7 BANKRUPTCY AND (ii) DENYING DEBTOR'S MOTION FOR ORDER COMPELLING REGIONS BANK TO RELEASE AND/OR SATISFY LIEN ON DEBTOR'S HOMESTEAD PROPERTY

THIS CASE came up for hearing before the Court on June 27, 2017 upon Debtor's Motion to Reopen Chapter 7 Bankruptcy and Motion for Order Compelling Regions Bank to Release and/or Satisfy Lien on Debtor's Homestead Property (Doc. No. 18) (collectively "**Motions**"). This Court has heard argument of counsel, has reviewed the documents and pleadings filed herein, and is otherwise fully advised in the premises. Accordingly, it is

**ORDERED** that Debtor's Motions are **DENIED**. Notwithstanding that the personal liability of Debtor for the debt secured by the mortgage recorded on November 5, 2007, in Book 26029 at Page 4053 of the Public Records of Miami-Dade County, Florida (the "**Mortgage**") is discharged pursuant to the Order of Discharge entered on July 16, 2013 (Doc. No. 15), the Order of Discharge did not discharge the *in rem* liability for the Mortgage.

###

**Submitted by:**
Starlett M. Massey
McCumber, Daniels, Buntz, Hartig, Puig & Ross, P.A.
4401 W. Kennedy Blvd., Suite 200
Tampa, Florida 33609
(813) 287-2822 (Tel)
(813) 287-2833 (Fax)
smassey@mccumberdaniels.com

Starlett M. Massey is directed to serve copies of this order on the parties listed below and file a certificate of service within three days of entry of this order.

Debtor:
Roberto Martinez
2835 SW 102 Ave
Miami, FL 33165

Debtors' Attorney:
America Alvarez, Esq.
Ricardo Corona, Esq.
3899 NW 7 Street, #202B
Miami, FL 33126
bk@coronapa.com
aalvarez@coronapa.com

Trustee:
Maria Yip
Chapter 7 Trustee
2 S. Biscayne Blvd., Suite 2690
Miami, FL 33131

U.S. Trustee:
Office of the United States Trustee
51 SW 1st Avenue, Suite 1204
Miami, FL 33130